# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00705-CV

**In re Daniel Atwater**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied and this Court's temporary stay of the trial court's order is vacated.  *See* Tex. R. App. P. 52.8(a), 52.10.

_____

Melissa Goodwin, Justice

Before Justices Pemberton, Rose and Goodwin

Filed:   January 6, 2011